IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DEWAYNE ANDERSON, #156270, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIV. ACT. NO. 1:21-cv-253-TFM-N |
| MOBILE COUNTY DISTRICT AND CIRCUIT COURT, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION AND ORDER

On September 8, 2021, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g) as Plaintiff failed to establish his entitlement to an exception. *See* Doc. 11. No objections were filed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this 12th day of October, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE